United States District Court

For The

Western District of Pennsylvania

UNITED STATES OF AMERICA	Criminal No. 15-CR-207

vs.

DERRIC L. MASON,

## ORDER OF COURT

AND NOW, to wit, this __14th__ day of __June__, 2021, upon consideration of the within Motion for Relief From No Bond order at ECF 112 it is hereby ORDERED that the no bond order at ECF 112 is revoked and Defendant is free to file a motion for a detention hearing. Bond is set at the discretion of the Magistrate Judge.

BY THE COURT:

*Anitta F. Ambrose*

**UNITED STATES DISTRICT JUDGE**